# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50742
No. 18-50743
Conference Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
July 16, 2019
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

LUIS OSCAR URIAS-CRUZ,

Defendant–Appellant.

Appeals from the United States District Court
for the Western District of Texas
No. 4:11-CR-295-1
No. 4:17-CR-263-1

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender ("FPD") appointed to represent Luis Urias-

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50742
No. 18-50743

Cruz has moved for leave to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Urias-Cruz has not filed a response. We have reviewed counsel's brief and the relevant parts of the records.

These consolidated appeals involve the revocation of a term of supervised release and a new conviction for possession of marihuana with intent to distribute. In accordance with *United States v. Garcia*, 483 F.3d 289, 291 (5th Cir. 2007), the *Anders* brief states that Urias-Cruz wishes to appeal his revocation sentence only and not the revocation of supervised release. Although the FPD has included a copy of a document signed by Urias-Cruz, that document does not make clear what it is that Urias-Cruz intends to appeal.

Nevertheless, based on our independent review of the transcripts and the rest of the record, we conclude that no nonfrivolous issue for our review is presented by either of the consolidated appeals. *See Anders*, 386 U.S. at 744. Consequently, because we concur with the FPD's assessment that neither appeal presents a nonfrivolous issue, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.